## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ALICE BREWER v. ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK, an Illinois corporation | FILED: JUNE 12, 2008 08CV3383 JUDGE KENNELLY MAGISTRATE JUDGE BROWN AEE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Allie MacInnis Burnet | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Allie MacInnis Burnet | |
| FIRM <br> Best, Vanderlaan & Harrington | |
| STREET ADDRESS <br> 25 East Washington Street, Suite 210 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6277204 | TELEPHONE NUMBER <br> 312-819-1100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |