## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| ALICE BREWER<br>v.<br>ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK, an Illinois corporation | **FILED: JUNE 12, 2008**<br>**08CV3383**<br>**JUDGE KENNELLY**<br>**MAGISTRATE JUDGE BROWN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: AEE

Plaintiff

| NAME (Type or print) |
|---|
| Lori A. Vanderlaan |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Lori A. Vanderlaan |

| FIRM |
|---|
| Best, Vanderlaan & Harrington |

| STREET ADDRESS |
|---|
| 2100 Manchester Road, Suite 1420 |

| CITY/STATE/ZIP |
|---|
| Wheaton, Illinois 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6234032 | 630-752-8000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☑    NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☑    NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐