UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ALICE BREWER,<br>　　　　Plaintiff,<br>　　v.<br>ADVOCATE SOUTH SUBURBAN HOSPITAL, et al.,<br>　　　　Defendants. | Case   08CV3383 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK, an Illinois corporation

| SIGNATURE |
|---|
| Natalie E. Norfus |

| FIRM  NEAL, GERBER & EISENBERG LLP |
|---|

| STREET ADDRESS  2 North LaSalle Street |
|---|

| CITY/STATE/ZIP  Chicago, IL  60602 |
|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6290354 | TELEPHONE NUMBER<br>(312) 269-8000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?? | YES ☐ | NO ☒ |
|---|---|---|

| IF THIS CASE REACHES TRIAL WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |
|---|---|---|

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>　RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |
|---|

NGEDOCS: 1547503.1