**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALICE BREWER<br><br>                Plaintiff,<br><br>    v.<br><br>ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK, an Illinois corporation,<br><br>                Defendants. | No. 08CV3383<br><br>Judge Kennelly<br>Magistrate Judge Brown |

**DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME**

Defendants ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK (collectively "Defendants"), by and through their attorneys, Neal, Gerber & Eisenberg LLP, and with the agreement of Plaintiff ALICE BREWER ("Plaintiff"), respectfully move this Court for an extension of time until August 14, 2008 in which to file an answer or otherwise plead in response to Plaintiff's Complaint. In support of their Motion, Defendants state as follows:

1. Defendants were served with the summons and Complaint on June 24, 2008 and must file an answer or otherwise plead in response to Plaintiff's Complaint by July 14, 2008.

2. Defendants' counsel were retained on July 8, 2008 and require additional time to investigate the facts underlying Plaintiff's Complaint before a proper response to Plaintiff's Complaint may be made.

3. Upon receiving Plaintiff's Complaint, the undersigned promptly contacted Plaintiff's counsel to seek an extension of 30 days to answer or other otherwise plead. Plaintiff's counsel agreed to the undersigned's request.

    4.  Defendants do not file this Motion to unduly delay these proceedings or for any other improper purpose.

    WHEREFORE, Defendants respectfully request an extension of time until August 14, 2008 within which to file their answer or otherwise plead in response to Plaintiff's Complaint.

Dated:  July 11, 2008                Respectfully submitted,

                            ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK

                            __/s/Natalie E. Norfus _____
                            One of the attorneys for Defendants

Douglass G. Hewitt
Natalie E. Norfus
NEAL, GERBER & EISENBERG LLP
2 North LaSalle Street
Chicago, IL  60602
(312) 269-8000
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that she is one of the attorneys for Defendants and that on July 11, 2008, she served the foregoing **Defendants' Agreed Motion For Extension of Time** on the counsel of record for Plaintiff through the Court's electronic filing system.

/s/ Natalie E. Norfus
Natalie E. Norfus

NGEDOCS: 1547507.1