**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALICE BREWER<br><br>                    Plaintiff,<br><br>     v.<br><br>ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK, an Illinois corporation,<br><br>                    Defendants. | No. 08CV3383<br><br>Judge Kennelly<br>Magistrate Judge Brown |

**NOTICE OF MOTION**

TO:   Kimberly A. Carr
      Erin Buck Kaiser
      Best, Vanderlaan, & Harrington
      12 West Cass Street
      Joliet, Illinois  60432

**YOU ARE HEREBY NOTIFIED** that on Thursday, July 24, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, Natalie E. Norfus will appear in front of the Honorable Judge Matthew F. Kennelly, or any other judge sitting in his stead, at the United States District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, IL 60604, Room 2103, and present **DEFENDANTS' AGREED MOTION FOR EXTENSION**, a copy of which is has been served upon you by the Court's electronic filing system.

Dated:  July 11, 2008

Respectfully submitted,

ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK

  __/s/Natalie E. Norfus _____

One of the attorneys for Defendants

Douglass G. Hewitt
Natalie E. Norfus
NEAL, GERBER & EISENBERG LLP
2 North LaSalle Street
Chicago, IL  60602
(312) 269-8000
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

The undersigned certifies that she is one of the attorneys for Defendants and that on July 11, 2008, she served the foregoing **Defendants' Agreed Motion For Extension of Time** on the counsel of record for Plaintiff through the Court's electronic filing system.

/s/ Natalie E. Norfus
Natalie E. Norfus

NGEDOCS: 1547661.1