## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case   08CV3383 |
|---|---|

ALICE BREWER,
            Plaintiff,
      v.
ADVOCATE SOUTH SUBURBAN HOSPITAL, et al.,
            Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants, ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK, an Illinois corporation

| SIGNATURE |
|---|
| Douglass G. Hewitt |
| FIRM  NEAL, GERBER & EISENBERG LLP |
| STREET ADDRESS  2 North LaSalle Street |
| CITY/STATE/ZIP  Chicago, IL  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06204299 | TELEPHONE NUMBER<br>(312) 269-8000 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

NGEDOCS: 1547505.1