# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3383 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Alice Brewer vs. Advocate South Suburban Hospital, et al. | | |

**DOCKET ENTRY TEXT**

Defendants' agreed motion for extension of time is granted. Response to complaint is to be filed by 8/14/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|

Case 1:08-cv-03383     Document 14     Filed 07/23/2008     Page 1 of 1

08C3383 Alice Brewer vs. Advocate South Suburban Hospital, et al.                                                              Page 1 of 1