**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

ALICE BREWER,

                Plaintiff,

      v.

ADVOCATE SOUTH SUBURBAN HOSPITAL;
ADVOCATE HEALTH AND HOSPITALS
CORP.; and ADVOCATE HEALTH CARE
NETWORK, an Illinois corporation,

                Defendants.

Case No. 08 CV 3383

## NOTICE OF FILING

To:    Kimberly A. Carr
       Erin Buck Kaiser
       Best, Vanderlaan & Harrington
       12 West Cass Street, Suite 12
       Joliet, IL  60432

       PLEASE TAKE NOTICE that on Monday, August 4, 2008, we filed with the Clerk of the United States District Court, Northern District, Eastern Division, Defendants', Advocate Health and Hospitals Corporation, d/b/a Advocate South Suburban Hospital, and Advocate Health Care Network, Answer, a copy of which is attached and hereby served upon you.

August 4, 2008

                Advocate Health and Hospitals Corporation, d/b/a
                Advocate South Suburban Hospital, and
                Advocate Health Care Network

           By:    /s/  Douglass G. Hewitt
                    One of Its Attorneys

Douglass G. Hewitt (061 83834)
Natalie Norfus (062 9324)
Neal Gerber & Eisenberg LLP (13739)
Two North LaSalle Street - Suite 2200
Chicago, Illinois  60602
Telephone:  (312) 269-8000
Facsimile:  (312) 269-1747