IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALICE BREWER<br><br>            Plaintiff,<br><br>     v.<br><br>ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK, an Illinois corporation,<br><br>            Defendants. | No. 08CV3383<br><br>Judge Kennelly<br>Magistrate Judge Brown |

## DEFENDANT'S NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT

Pursuant to Rule 3.2 of the Local Rules for the United States District Court for the Northern District of Illinois, Defendants ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK (collectively "Defendants"), by and through thier attorneys, states that there are no publicly held entities that own 5% or more of Defendants.

Dated:  August 4, 2008

Respectfully submitted,

ADVOCATE SOUTH SUBURBAN HOSPITAL, ADVOCATE HEALTH AND HOSPITALS CORP., and ADVOCATE HEALTH CARE NETWORK


   /s/Natalie E. Norfus _____
One of the attorneys for Defendants

Douglass G. Hewitt
Natalie E. Norfus
NEAL, GERBER & EISENBERG LLP
2 North LaSalle Street
Chicago, IL  60602
(312) 269-8000
*Attorneys for Defendants*

Case 1:08-cv-03383 Document 18 Filed 08/04/2008 Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of August, 2008, the foregoing *DEFENDANTS' NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT* was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois and served by operation of the Court's electronic filing system to Plaintiff Alice Brewer's attorney of record.

_____

NGEDOCS: 082729.0604:1553734.1