UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Alice Brewer
                               Plaintiff,

v.                                                    Case No.: 1:08−cv−03383
                                                          Honorable Matthew F. Kennelly

Advocate South Suburban Hospital, et al.
                                   Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 8/14/2008. Rule 26(a)(1) disclosures are to be made by 9/15/2008. Deadline for amending pleadings and adding parties is 12/8/2008. Fact discovery ordered closed 2/5/2009. Rule 26(a)(2) disclosures are due by 3/5/2009; and 4/6/2009 for rebuttal disclosures. Expert discovery ordered closed 5/6/2009. Status hearing set for 11/17/2008 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.